

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**January 24, 2022 14:46**

By: CHRISTINE LASALVIA 0076084

Confirmation Nbr. 2455974

| | |
|---|---|
| RAYSHONNA CHIBUNDU | CV 22 958653 |
| vs. | |
| STEAK N SHAKE, ET. AL. | **Judge:** MICHAEL P. SHAUGHNESSY |

**Pages Filed:** 5

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| RAYSHONNA CHIBUNDU<br>1886 E. 59th Street<br>Cleveland, OH 44113<br><br>       Plaintiff,<br><br>vs.<br><br>STEAK N SHAKE<br>3294 Steelyard Drive<br>Cleveland, OH 44109<br><br>and<br><br>STEAK N SHAKE OPERATIONS, INC.<br>c/o Corporation Service Company<br>50 West Broad St., Suite 1330<br>Columbus, OH 43215<br><br>and<br><br>STEAK N SHAKE INC.<br>107 South Pennsylvania Street<br>Suite 400<br>Indianapolis, IN 46204<br><br>and<br><br>JOHN DOE #1 and #2<br>(Name and address currently unknown. John Doe #1 and #2 are meant to be any entity or individual which owned, operated or maintained Steak n' Shake located at 3294 Steelyard Drive, Cleveland, OH 44109 on January 27, 2020.)<br><br>       Defendants. | CASE NO:<br><br>JUDGE:<br><br><br><br><br><br>**COMPLAINT**<br><br><br>JURY DEMAND ENDORSED<br>HEREON |

    Now comes the Plaintiff, Rayshonna Chibundu, by and through counsel, and for her complaint against the Defendants, states as follows:

## PARTIES

1. At all times pertinent herein, Plaintiff Rayshonna Chibundu was a resident of the city of Cleveland, county of Cuyahoga, and state of Ohio.

2. Defendant, Steak n Shake and/or John Doe #1 and John Doe #2, are business(s) licensed to do and doing business in the city of Cleveland, county of Cuyahoga, and state of Ohio.

3. At all times pertinent herein, Defendant Steak n Shake Inc. and/or John Doe #1 and John Doe #2, by and through their agents, employees or servants owned, possessed, maintained and controlled the Steak n Shake restaurant located at 3294 Steelyard Drive, Cleveland, OH 44109.

4. Defendant John Doe #1 and John Doe #2 owned, possessed maintained, managed and/or controlled the Steak n Shake restaurant located at 3294 Steelyard Drive, Cleveland, OH 44109. The name and address of these entities could not be determined prior to the filing of Plaintiff's Complaint, despite the good faith attempt of Plaintiff. Plaintiff will seek leave to amend this Complaint and substitute the true identity of Defendant John Doe #1 and John Doe #2 upon identification.

## COUNT ONE

5. Plaintiff restates and realleges each and every preceding paragraph as if fully rewritten herein.

6. On or about January 27, 2020, Plaintiff Rayshonna Chibundu was a patron of the Steak n Shake Restaurant in question and as such, she was a business invitee.

7. As Plaintiff was using the restroom, the wet floor caused by a broken pipe in the sink, which should have had a wet floor sign, caused Plaintiff to fall, causing her

significant personal injuries.

8. On or about January 27, 2020, Defendants jointly and severally, and/or concurrently and individually by and through their agents and/or employees and/or servants were negligent in one or more of the following respects:

    a. In failing to maintain the above-described premises.

    b. In creating and/or permitting the creation of or permitting the continued existence of a defect and/or dangerous condition and/or nuisance at the Steak n Shake restaurant located at 3294 Steelyard Drive, Cleveland, OH 44109.

    c. In failing to properly and adequately warn Plaintiff Rayshonna Chibundu about a defect and/or dangerous condition and/or nuisance on the above-described premises.

    d. In failing to act reasonably once Defendants knew or should have known about a defect and/or dangerous condition at the Steak n Shake restaurant located at 3294 Steelyard Drive, Cleveland, OH 44109.

    e. In failing to properly screen, interview, hire, train, monitor and/or maintain their employees and agents.

    f. In failing to have adequate and/or appropriate processes and protocol to maintain the safety of its employees while working in the building.

    g. In failing to inspect and maintain the floor in a safe manner.

9. As a direct and proximate result of Defendants' negligence, Plaintiff Rayshonna Chibundu suffered significant and permanent personal injuries, which caused and continues to cause her pain, damages, and loss of life's enjoyment.

10. As a direct and proximate result of Defendants' negligence, Plaintiff Rayshonna Chibundu was caused to incur expenses necessary for her medical care and treatment and with reasonable medical certainty she will continue to incur medical expenses into the indefinite future.

11. As a direct and proximate result of Defendants' negligence, Plaintiff Rayshonna Chibundu has lost wages and will continue to lose wages into the future.

12. As a direct and proximate result of Defendants' negligence, Plaintiff Rayshonna Chibundu has suffered injuries including a loss in her enjoyment of life and in her ability to live free of pain, discomfort and disability, and she suffered a loss in her ability to perform her usual functions, including her daily activities from which she derived enjoyment.

**WHEREFORE**, Plaintiff demands judgment against Defendants jointly and severally, in the form of compensatory damages and/or pursuant to contract, in a sum in excess of Twenty-Five Thousand Dollars ($25,000.00), in addition to the cost of this action, reasonable attorney's fees and any other such legal and/or equitable relief this court deems just and appropriate.

Respectfully submitted,

/s/ *Christine LaSalvia*
_____
Christine LaSalvia (0076084)
Brian Palmer (0058476)
Law Office of Christine LaSalvia
815 Superior Ave., E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 400-6290
Facsimile: (216) 727-0160
Email: christine@lasalvia-law.com
       brianp@lasalvia-law.com
*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff demands a trial by jury on all issues raised herein.

/s/ *Christine LaSalvia*
_____
Christine LaSalvia (0076084)
*Attorney for Plaintiff*

| CASE NO. | SUMMONS NO. |
|---|---|
| CV22958653 | D1 CM    46556683 |

Rule 4 (B) Ohio

Rules of Civil Procedure

# SUMMONS

RAYSHONNA CHIBUNDU
VS
STEAK N SHAKE, ET. AL.

**PLAINTIFF**

**DEFENDANT**

STEAK N SHAKE
3294 STEELYARD DRIVE
CLEVELAND OH 44109

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Plaintiff's Attorney

BRIAN PALMER
614 W. SUPERIOR AVE.

SUITE 820
CLEVELAND, OH 44113-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

MICHAEL P SHAUGHNESSY
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



By _____
Deputy

| DATE SENT |
|---|
| Jan 25, 2022 |

COMPLAINT FILED   01/24/2022



CMSN130

884137

| CASE NO. | SUMMONS NO. |
|---|---|
| CV22958653  D2 CM | 46556684 |

Rule 4 (B) Ohio

Rules of Civil Procedure

RAYSHONNA CHIBUNDU **PLAINTIFF**
VS
STEAK N SHAKE, ET. AL. **DEFENDANT**

# SUMMONS

STEAK N SHAKE OPERATIONS, INC.
C/O CORPORATION SERVICE COMPANY
50 WEST BROAD STREET, SUITE 1330
COLUMBUS OH 43215

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

Said answer is required to be served on: 

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

**Plantiff's Attorney**

BRIAN PALMER
614 W. SUPERIOR AVE.

SUITE 820
CLEVELAND, OH 44113-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

MICHAEL P SHAUGHNESSY
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE SENT | |
|---|---|
| Jan 25, 2022 | By _____ |
| | Deputy |

COMPLAINT FILED  01/24/2022



CMSN130

884137

| CASE NO. | SUMMONS NO. |
|---|---|
| CV22958653   D3 CM | 46556685 |

Rule 4 (B) Ohio

Rules of Civil Procedure

RAYSHONNA CHIBUNDU **PLAINTIFF**
VS
STEAK N SHAKE, ET. AL. **DEFENDANT**

# SUMMONS

STEAK N SHAKE, INC.
107 SOUTH PENNSYLVANIA STREET
SUITE 400
INDIANAPOLIS IN 46204

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on: 

**Plantiff's Attorney**

BRIAN PALMER
614 W. SUPERIOR AVE.

SUITE 820
CLEVELAND, OH 44113-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

MICHAEL P SHAUGHNESSY
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

DATE SENT
Jan 25, 2022

By 
Deputy



COMPLAINT FILED   01/24/2022

CMSN130

884137